ACCEPTED
01-15-00716-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 4:32:17 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00716-CV

IN THE

FIRST COURT OF APPEALS

AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 4:32:17 PM
CHRISTOPHER A. PRINE
Clerk

_____

ZIMAC CARE CENTER, INC., VIRGINIA AKUCHIE, ET AL,
Appellants,

V.

NGOZI NWEZE
Appellee

_____

On Appeal from the 127th Judicial District Court
Harris County, Texas
Cause No. 2011-52006

_____

**APPELLANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
APPELLEE'S MOTION TO DISMISS**

Respectfully submitted,

*Kurt G. Clarke
SBN: 04316720
Bassey O. Akpaffiong
SBN: 24006745
6200 Savoy, Suite 458
Houston, Texas 77036
Phone: (713) 779-5500
Fax:    (713) 779-6668
E-mail: kgclaw@aol.com,
akpaffionglaw@yahoo.com
*Attorney for Appellants

NO. 01-15-00716-CV

IN THE

FIRST COURT OF APPEALS

AT HOUSTON, TEXAS

_____

ZIMAC CARE CENTER, INC., VIRGINIA AKUCHIE, ET AL,
Appellants,

V.

NGOZI NWEZE
Appellee

_____

On Appeal from the 127th Judicial District Court
Harris County, Texas
Cause No. 2011-52006

_____

**APPELLANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
APPELLEE'S MOTION TO DISMISS**

TO THE HONORABLE COURT OF APPEALS:

**COME NOW, ZIMAC CARE CENTER, INC., VIRGINIA**

**AKUCHIE, ET AL, A**ppellants in the above styled and numbered case and

under the authority of Tex.R.App.P. 10.5(b) asks the Court to extend time to file a response

to Appellee's Motion to Dismiss.

1.     Appellee filed its Motion to Dismiss on November 23, 2015 at 11:23 p.m.

2. Appellee's Certificate of Service is dated "November 24, 2015".

3. Appellants received Appellee's Motion on November 24, 2015.

4. As the court is aware, Appellants' counsel is currently out of the country.

5. Appellants request an additional ten (10) days to file the response; or an extension of time until December 10, 2015.

6. Reasonable explanation of the need for more time to file Appellants' response exists in that:

   a. Appellants' counsel is solo-practitioner;

   b. Appellants' counsel had to travel out of the country for important personal business beginning on November 17, 2015.

   c. Appellant's counsel will not return before December 2, 2015. A copy of counsel's flight itinerary is on file with this court.

7. This is Appellants' first Request for an extension of time to file the response.

8. This extension of time to file Appellants' response is not sought for delay, but is necessary so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellants, pray the court grant an extension of time allowing Appellants an additional ten (10) days extension to file the

response.    Appellants request any further relief to which it may be justly entitled.

Respectfully submitted,

*Kurt G. Clarke
SBN: 04316720
Bassey O. Akpaffiong
SBN: 24006745
6200 Savoy, Suite 458
Houston, Texas 77036
Phone: (713) 779-5500
Fax:    (713) 779-6668
E-mail: kgclaw@aol.com,
akpaffionglaw@yahoo.com
 *Attorney for Appellants

## CERTIFICATE OF CONFERENCE

I hereby certify that this motion was discussed with Appellee's attorney, Ms. Robin Bluitt on November 30, 2015.   Ms. Bluitt said that she is "opposed".

/s/ Bassey Akpaffiong
/s/ Kurt G. Clarke
_____
Bassey Akpaffiong/Kurt G. Clarke


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded on this the 30th day of November, 2015, either by E-service provider, telecopier, first class mail, certified mail, return receipt requested and/or by messenger to:

Robin A. Bluitt
11152 Westheimer #671
Houston, Texas 77042
Fax # (713) 978-6064
E-mail: atty.bluitt@sbcglobal.net

/s/ Bassey Akpaffiong
/s/ Kurt G. Clarke
_____
Bassey Akpaffiong